Dec-05-05   01:58pm   From-4                                               T-571   P.001/004   F-348

1  MICHAEL T. LUCEY (SBN: 99927)
2  CAROL P. COPSEY (SBN 110375)                    *E-FILED 12/5/05*
   GORDON & REES LLP
3  Embarcadero Center West
   275 Battery Street, Suite 2000
4  San Francisco, CA 94111
   Telephone: (415) 986-5900
5  Facsimile: (415) 986-8054

6  Attorneys For: Defendants
   STANFORD UNIVERSITY and
7  JULIE HARDIN-STAUTER

8                 UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11 CHESTER WILLIAM CECIL, an individual,  )  CASE NO. C 05-04132 RS
                                          )
12                        Plaintiff,      )
                                          )  STIPULATION AND (PROPOSED)
13                                        )  ORDER CHANGING HEARING DATE
                    vs.                   )  FOR DEFENDANTS' MOTION TO
14                                        )  DISMISS
                                          )
15 LELAND STANFORD JUNIOR                 )
   UNIVERSITY, and JULIE HARDIN-          )
16 STAUTER, and Does 1 through 100, inclusive, )
                                          )
17                        Defendants.     )

18 ─────────────────────────────────────

19        All parties to this case hereby stipulate to change the hearing date from December 14,

20 2005 at 9:30 a.m. on Defendants' Motion to Dismiss for Preemption and for Failure to State a

21 Claim from Which Relief can be Granted to January 18, 2006.  This change of date in hearing

22 date is at the request of Plaintiff's counsel due to a conflict with Plaintiff's counsel's trial

23 calendar.

24        In light of the parties' stipulation to change the hearing date, the parties request that the

25 Court order the hearing date changed from December 14, 2005 to January 18, 2006.

26 ///

27 ///

28 ///

                                    -1-
           STIPULATION AND (PROPOSED) ORDER CHANGING HEARING DATE

1   Dated: November 30, 2005   By:

2                                By:_____/s/_____

3                                     Carol C. Copsey
                                        Attorneys for Defendants
4                                       STANFORD UNIVERSITY and
                                       JULIE HARDIN-STAUTER

5

6   Dated: November ___, 2005           By_____
                                         Steven Zavodnick
7                                         Attorney for Plaintiff, James Lee Stewart

8

9                                     **ORDER**

10       The Court, having reviewed the parties' stipulation to changing the hearing date on

11  Defendants' Motion to Dismiss, HEREBY ORDERS that pursuant to the parties' request and

12  stipulation, the request is GRANTED.  IT IS FURTHER ORDERED that that Defendants'

13  Motion to Dismiss hearing, currently set in this matter for December 14, 2005 at 9:30 a.m. in

14  Department 4, 5th Floor, is changed to January 18, 2006 at 9:30 a.m.

15

16  Dated:  December ___, 2005

17                                /s/ Richard Seeborg

18                                Magistrate Judge R. Seeborg

19

20

21

22

23

24

25

26

27

28

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

SFU\1034279\926419.1

STIPULATION AND (PROPOSED) ORDER CHANGING HEARING DATE