1   MICHAEL T. LUCEY (SBN: 99927)
    CAROL P. COPSEY (SBN 110375)
2   GORDON & REES LLP
    Embarcadero Center West                     *E-FILED 12/19/05*
3   275 Battery Street, Suite 2000
    San Francisco, CA 94111
4   Telephone: (415) 986-5900
    Facsimile: (415) 986-8054
5
    Attorneys For: Defendants
6   STANFORD UNIVERSITY and
    JULIE HARDIN-STAUTER
7

8                   · UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11  CHESTER WILLIAM CECIL, an individual,    )   CASE NO. C 05-04132 RS
                                             )
12                     Plaintiff,            )
                                             )
13                                           )   STIPULATION AND (PROPOSED)
        vs.                                  )   ORDER CHANGING HEARING DATE
14                                           )   FOR DEFENDANTS' MOTION TO
                                             )   DISMISS
15  LELAND STANFORD JUNIOR                   )
    UNIVERSITY, and JULIE HARDIN-            )
16  STAUTER, and Does 1 through 100, inclusive, )
                                             )
17                     Defendants.           )
                                             )

18

19          All parties to this case hereby stipulate to change the hearing date from January 18, 2006

20  at 9:30 a.m. on Defendants' Motion to Dismiss for Preemption and for Failure to State a Claim

21  from Which Relief can be Granted to February 1, 2006 at 9:30 a.m.  This change of date in

22  hearing date is due to counsels' calendar.

23          In light of the parties' stipulation to change the hearing date, the parties request that the

24  Court order the hearing date changed from January 18, 2006 to February 1, 2006.

25  ///

26  ///

27  ///

28

                                        -1-

1   Dated: December ___, 2005

2                                        By:_____
                                             Carol C. Copsey
                                             Attorneys for Defendants
3                                            STANFORD UNIVERSITY and
                                             JULIE HARDIN-STAUTER
4

5   Dated: December 19, 2005              By_____
                                             Steven Zavodnick
6                                            Attorney for Plaintiff, Chester William Cecil

7

8                               **ORDER**

9       The Court, having reviewed the parties' stipulation to changing the hearing date on

10  Defendants' Motion to Dismiss, HEREBY ORDERS that pursuant to the parties' request and

11  stipulation, the request is GRANTED. IT IS FURTHER ORDERED that that Defendants'

12  Motion to Dismiss hearing, currently set in this matter for January 18, 2006 at 9:30 a.m. in

13  Department 4, 5th Floor, is changed to February 1, 2006 at 9:30 a.m.

14

15  Dated: December 19, 2005

16                                        /s/ Richard Seeborg
                                          _____
17                                        Magistrate Judge R. Seeborg

18

19

20

21

22

23

24

25

26

27

28

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

STPLA10342709934511.1

-2-