**\*E-FILED\***
**January 20, 2006**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHESTER WILLIAM CECIL,<br><br>          Plaintiff,<br><br>   v.<br><br>LELAND STANFORD JUNIOR UNIVERSITY, et al.,<br><br>          Defendants.<br>_____/ | No. C 05-04132 RS<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Case Management Conference in the above-entitled matter currently set for February 8, 2006 at 2:30 p.m. is continued to **April 12, 2006 at 2:30 p.m.** The parties shall file a joint Case Management Conference Statement no later than April 5, 2006.

IT IS SO ORDERED.

Dated:  January 20, 2006

_____
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Steven D. Zavodnick, Esq.
Email: szavodnick@verizon.net

Carol P. Copsey, Esq.
Email:  ccopsey@gordonrees.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: January 20, 2006

        /s/ BAK
Chambers of Magistrate Judge Richard Seeborg