**E-FILED on**   10/13/06

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHESTER WILLIAM CECIL,<br><br>    Plaintiff,<br><br>    v.<br><br>LELAND STANFORD JUNIOR UNIVERSITY, and DOES 1 through 100,<br><br>    Defendants. | No. C-05-04132 RMW<br><br>ORDER DISMISSING CASE |

In an order dated March 8, 2006, the court dismissed Chester Cecil's complaint against Leland Stanford Junior University as completely preempted by § 301 of the Labor Management Relations Act but gave him thirty days' leave to file an amended complaint. No amended complaint was ever filed. The case is therefore dismissed in its entirety; judgment will be entered accordingly.

DATED:    10/13/06

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER DISMISSING CASE—No. C-05-04132 RMW
JAH

1  **Notice of this document has been electronically sent to:**

2  **Counsel for Plaintiff:**

3  Steven D Zavodnick         szavodnick@verizon.net

4  **Counsel for Defendants:**

5  Michael Terence Lucey      mlucey@gordonrees.com
   Carol Capri Copsey         ccopsey@gordonrees.com
6

7  Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.
8

9

10
   **Dated:**     10/13/06              /s/ JH
11                                   **Chambers of Judge Whyte**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER DISMISSING CASE—No. C-05-04132 RMW
JAH                                              2